IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MICHAEL DEE JAMISON,            )
                                )
                   Petitioner   )
                                )
         vs.                    )          No. CIV-06-48-C
                                )
WARDEN MILLER,                  )
                                )
                   Respondent   )

O R D E R

This matter is before the Court on the Report and Recommendation entered by the

United States Magistrate Judge on January 18, 2006.  The court file reflects that no party has

objected to the Report and Recommendation within the time limits prescribed; however, on

January 31, 2006, Petitioner paid the $5.00 filing fee, rendering the Magistrate Judge's

recommendation moot.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted in

part.  The claim is dismissed as against the Attorney General' Petitioner's request to proceed

*in forma pauperis* is denied; but because the filing fee has now been paid, the case is once

again committed to the Magistrate Judge under the initial Order of Referral.

IT IS SO ORDERED this 27th day of February, 2006.

ROBIN J. CAUTHRON
United States District Judge